UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARCO ALVAREZ-ACEVEDO,<br><br>    Defendant . | CASE NO. MJ 17-059<br><br>DETENTION ORDER |

<u>Offense Charged</u>: Attempting to possess and aiding and abetting the attempted possession, with intent to distribute, cocaine, a controlled substance.

<u>Date of Detention Hearing</u>:    February 24, 2017.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)    The facts alleged in the Complaint are sufficient to establish probable cause that defendant possessed, or attempted to possess, cocaine, with the intent to distribute it.  Once

DETENTION ORDER
PAGE - 1

probable cause is established, by the return of an indictment, or at a preliminary hearing, there will be a rebuttable presumption of detention.

(2) Defendant is alleged to be a citizen of Mexico, and to be present in this country illegally. The Bureau of Immigration and Customs Enforcement ("ICE") has lodged a detainer against him. Defendant has no known legal status in the United States.

(3) Defendant declined to be interviewed by this court's Pretrial Services Officer.

(4) Defendant and his counsel offered nothing in opposition to the entry of a Detention Order.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding;

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Probation Officer.

DATED this 24th day of February, 2017.

s/ John L. Weinberg
United States Magistrate Judge