HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, | NO. 2:17-cr-00072-RAJ |
| Plaintiff, | ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| v. | |
| MARCO ALVAREZ-ACEVEDO, | |
| Defendant. | |

Having considered Defendant's Motion for Withdrawal and Substitution of Counsel, and finding good cause,

IT IS ORDERED that Defendant's Motion for Withdrawal and Substitution of Counsel (Dkt. #18) is GRANTED. Attorney John R. Crowley shall substitute for attorney Corey Endo and the Office of the Federal Public Defender as the attorney of record for the defendant in the above-captioned cause.

DATED this 16th day of June, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION FOR WITHDRAW AND
SUBSTITUTION OF COUNSEL - 1

The Crowley Law Firm, P.L.L.C.
Grand Central Building
216 First Avenue S., Suite 204
Seattle, Washington 98104
Tel (206) 625-7500 ♦ Fax (206) 625-1223