1                                                          JUDGE RICHARD A. JONES

2

3

4

5                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
6                                    AT SEATTLE

7

8    UNITED STATES OF AMERICA,              )   No. CR17-072-RAJ
                                            )
9                Plaintiff,                 )
                                            )   ORDER CONTINUING TRIAL DATE
10         v.                               )   AND PRETRIAL MOTIONS
                                            )   DEADLINE
11   MARCO ALVAREZ-ACEVEDO,                 )
                                            )
12               Defendant.                 )
                                            )
13

14         THE COURT has considered the oral motion to continue the trial date and a

15   hearing conducted on this date, and finds that:

16         (a) taking into account the exercise of due diligence, a failure to grant a

17   continuance in this case would deny counsel for the defendant the reasonable time

18   necessary for effective preparation due to counsel's need for more time to review the

19   evidence, consider possible defenses, and gather evidence material to the defense, as set

20   forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

21         (b) a failure to grant such a continuance in this proceeding would likely result in

22   a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

23         (c) the additional time requested is a reasonable period of delay, as the defendant

24   has requested more time to prepare for trial, to investigate the matter, to gather evidence

25   material to the defense, and to consider possible defenses; and

26

ORDER CONTINUING TRIAL DATE AND
PRETRIAL MOTIONS DEADLINE
(*Marco Alvarez-Acevedo*, CR17-072-RAJ) - 1

1        (d) the ends of justice will best be served by a continuance, and the ends of

2   justice outweigh the best interests of the public and the defendant in any speedier trial,

3   as set forth in 18 U.S.C. § 3161(h)(7)(A); and

4        (e) the additional time requested between the current trial date of August 21,

5   2017, and the new trial date of November 6, 2017, is necessary to provide counsel for

6   the defendant the reasonable time necessary to prepare for trial, considering counsel's

7   schedule and all of the facts set forth above.

8        IT IS THEREFORE ORDERED that the trial date in this matter shall be

9   continued to November 6, 2017.

10       IT IS FURTHER ORDERED that all pretrial motions, including motions in

11  limine, shall be filed no later than September 28, 2017.

12       IT IS FURTHER ORDERED that the period of delay from the date of this order

13  to the new trial date of November 6, 2017, is excludable time pursuant to 18 U.S.C. §§

14  3161(h)(7)(A) and (h)(7)(B)(iv).   Defendant to file a speedy trial waiver through

15  November 17, 2017, to memorialize his oral waiver of his speedy trial rights at the

16  hearing held on this date.

17       DATED this 27th day of July, 2017.

18                                          _____

19                                          The Honorable Richard A. Jones
20                                          United States District Judge

21

22

23

24

25

26

ORDER CONTINUING TRIAL DATE AND
PRETRIAL MOTIONS DEADLINE
(*Marco Alvarez-Acevedo*, CR17-072-RAJ) - 2